EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | Certiorari |
| | 2015 TSPR 11 |
| José G. Cruz Arroyo | 192 DPR ____ |

Número del Caso: TS-7893


Fecha: 6 de febrero de 2015


Abogado de la Parte Peticionaria:

        Lcda. Margarita Carrillo Iturrino


Materia: Reinstalación al Ejercicio de la Notaría


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José G. Cruz Arroyo

                              TS-7893


RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de febrero de 2015.

Examinada la *Moción en torno a reinstalación al ejercicio de la notaría* presentada por el Lcdo. José G. Cruz Arroyo, se provee ha lugar su reinstalación al ejercicio de la notaría.

Lo acordó y ordena el Tribunal y lo certifica la Secretaria del Tribunal Supremo.


                    Aida I. Oquendo Graulau
              Secretaria del Tribunal Supremo